# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO GUILLEN AND EVELIA GUILLEN, INDIVIDUALLY AND DBA TONY'S MEXICAN FOOD, <br><br> Defendants. | Case No. 2:13-cv-0576-APG-GWF <br><br> **ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS** |

On August 10, 2013, Defendants filed a Motion for Judgment on the Pleadings. (Dkt. #16.) Plaintiff did not file any response to that Motion.

On November 27, 2013, Defendants filed a Motion for Summary Judgment. (Dkt. #18.) In response to that motion, Plaintiff filed only an Affidavit in Opposition. (Dkt. #20.) That Affidavit contains no legal argument or citation to authority, nor does it address the issues raised in the motion for summary judgment.

Local Rule 7-2(d) provides that the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Notwithstanding this rule, the court has considered the merits of Defendants' motion for judgment on the pleadings and their motion for summary judgment. Based upon the arguments set forth therein, and the terms of the contract attached to the motion for judgment on the pleadings (a copy of which was also attached to Plaintiff's Affidavit), Plaintiff lacks standing to bring this action. Accordingly, pursuant to Fed. R. Civ. P. 12(c),

1   **IT IS HEREBY ORDERED** that Judgment is entered in favor of the Defendants on all
2   claims asserted against them in this lawsuit.
3   Dated: March 26, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE